**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Fayetteville DIVISION**

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Nov 12, 2020

OFFICE OF THE CLERK

Justin lee Torres
_____
(Enter above the full name of the plaintiff
in this action.)

**Prisoner ID No.** 200703
**(Do Not Put Your Social Security Number)**

V.

Sheriff Helder et al

_____

_____
(Enter above the **full** name of the defendant,
or defendants, in this action.)

5:20cv5194

**CASE NO.** _____

**Jury Trial: Yes** ✓ **No** _____
(Check One)

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same  facts
involved in this action?

Yes ✓                No _____

B.    If your answer to A is yes, describe each lawsuit in the space below including the
**exact plaintiff name or alias used.**   (If there is more than one lawsuit, describe the
additional lawsuits on another piece of paper, using the same outline.)

1.    **Parties to this lawsuit**

**Plaintiffs:** Justin lee Torres

**Defendants:** Sheriff Helder et al

2.    **Court (if federal court, name the district; if state, name the county):**

United States District court, Western District, Arkansas

3.    **Docket number:** N/A

4.    **Name of judge to whom case was assigned:** N/A

5.    **Disposition (for example:  Was the case dismissed?  Was it appealed?
Is it still pending?)** _____

6.    **Approximate date of filing lawsuit:** Dec. 02, 2016 / Aug. 01, 2018

7.    **Approximate date of disposition:** N/A

(Updated 7/2019)

—1—

**II.**     **Place of Present Confinement:** Old County Jail, Cameron County, Brownsville Tx.

**III.**     **There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>**

    **A.**    **Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

        **Yes** ✓    **No** _____

    **B.**    **If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.**

    **C.**    **If your answer is NO, explain why not:** On Kiosk, electronically filed w/ Defendants, all on file.

**IV.**     **Parties**

    **(In item A below, place your name in the first blank and place your present address in the second blank.)**

    **A.**    **Your Full Name:** Justin lee Torres

        **Address:** 954 E. Harrison
            Brownsville, Texas 78520

    **(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)**

    **Do Not List Witnesses.**

    **You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

    **B.**   **Read carefully and fill out all information sought.**

        **1. Defendant #1.**

        **Full Name:** Continued on Seperate

        **Position:** Paper

        **Place of Employment:** _____

        **Address:** _____

**2.  Defendant #2**

**Full Name:** _Continued on Seperate_

**Position:** _Paper_

**Place of Employment:** _____

**Address:** _____

_____

**3.  Defendant #3**

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

**4.  Defendant #4**

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

**V.      At the time of the alleged incident(s), were you: (check the appropriate blank)**

___ **in jail and still awaiting trial on pending criminal charges**
___ **serving a sentence as a result of a judgment of conviction**
___ **in jail for other reasons (_e.g.,_ alleged probation violation, etc.)**

**Explain:** _was incarcerated waiting trial_.

**Please provide the date of your conviction or probation or parole revocation:**

_N/A_

–3–

**VI. Statement of Claim**

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Continued on Seperate Paper

Date of the Occurrence:

Name of Each Defendant involved:

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__✓__ both official and personal capacity

–4–

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Continued on Seperate paper

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

**Date of the Occurrence:** _____

**Name of Each Defendant involved:** _____

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

√    both official and personal capacity

–5–

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Continued on Sepercite
Paper

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

**Date of the Occurrence:**

**Name of Each Defendant involved:**

**Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

**With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Customarily Deny Access to the
Courts law library, Inadequate food
Exposure to Known Risk or harm
Assault and excessive force etc.

**If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.**

**VII.    Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

install a law library, Correct the
diet, Correct all saftey issues,
In the W.C.D.C facility and stop
racism and harm upon inmates.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __21__ day of __October__, 20__20__.

__Justin lee Torres__
**Printed Name of Plaintiff**

**Signature of Plaintiff**

–7–

①

# Complaint.

Sheriff Helder, Major Denzer, Lt. Foster
Lt. Reeser, Sgt Morse, Sgt Fuller, Sgt Ake,
Sgt Arnold, Sgt Gardner, CPl Mulvaney,
Sgt Stanton,
Are all named as Defendants in
this cause of Action, As well as John &
Jane Doe(s) in Both Professional and
Individual Capacities.


Karas Medical Service Dr. karas
R Walker, Landon Harris, John and Jane
Doe(s)
Defendant Employees Of karas
Are named in their professional and
Individual capacities.


Aramark Correctional Services LLC
the unknown Dietician Employed by
Aramark @ the W.C.DC And the John
and Jane Doe(s) Working for Aramark
@ The WCDC and the policy creators
or Corporate Officer(s) in charge of
Contracting and sales with and through the
WCDC and Washington County, Arkansas
As well as Cook Supervisor's Tommy Roark
Tina Wohn, Jessie England, and Carla Cink

slip
resistant material by showers and sinks. I slipped
and fell and was not given proper medical attention
After following P.L.R.A 42 USC 1997e, on June
21st Cell 21 L Block witness will state this incident true.
All information needed for each amendment broken are
on original seperate paper. This amended complaint
States only certain where attempted to be met at
States requirments. I have been given un-proper
medical attention for my mental dis-ability's.
The purpose of this Amended Complaint is to
respond to a court order naming defendants. To clarify
issues and others. All defendants are named in their
individual and professional capacities on original
seperate paper. All acusations are on original seperate
paper. A demand for jury is made. A reqtest for all just
and proper relif is humbly requested. Compensatory and
punitive damages are sought.

Respectfully Submitted
Justin Lee Torres
# 235983
   pro se
1155 w. Clydesdale Dr.
Fayetteville, Ar. 72701
June, 30th 2018

Food Service Director.
Also named are the employees or
Corporate offices in Charge of policy.
Pricing and Contracts between bramark
and W.C.D.C Defendants and Washington
County Arkansas.

The plaintiff has satisfied The P.L.R.A.
42 USC 1997e Requirement of filing
Grievances on the kiosk provided by
Aramark for such function as filing
Grievances, Request, Medical Request Etc.

The named Defendants of Aramark
Correctional Services, Food service/Commissary
and the named Washington County Defendants
have acted in Concert to violate the
Plaintiffs Civil Rights. The plaintiffs
1st Amendment Rights. Have been
Violated. as well as His 6th, 7th, 8th, and
14th Constitutional amendment Rights

The Combined Defendants Aramark and
Sheriff Helder etal Have Created
Custom practice policy and procedure
That allows for the Serving of

Protein Deficient Nutritional inadequate,
Meals of habitually Small portions.

As witnesses will testify Aramark
Serves Small inadequate portions of
food on Days that Commissary and
Fresh Favorites are ordered and
Delivered.
This Act Causes an increase in
Commissary Orders, Fresh Favorite
Orders that equal more Revenue
for both Aramark and Washington County,
This Act also Causes an indigent
or poor person to Suffer hunger
pains, Because food is being used as
A motivational tool for increased
Sales profit and Revenue.

As A result of the Substandard food
and Small portions the plaintiff
has lost over 20 lb and suffered
Hunger pains, Muscle mass Deterioration,
Mental and emotional Trauma increased
Anger and hostility because of being
hungry, A loss of physical fitness lifestyle.

④

The plaintiff came into the W.C.D.C.
Weighing 178 at 5'8 With a Weight
Lifters build. The plaintiff has been
Denied extra portions based upon
An outdated BMI chart that
Fails to take into account.
The Variances in body types.
The plaintiff cannot Exercise Due
To the Lack of food.
The plaintiff is an Novice Bodybuilder or
Weight lifter and the Defendants
failure to provide him a meal
in Concurrance With his body type
and size the Defendants have altered
or Changed the plaintiffs Body type
Muscle Mass, and Lifestyle of being
physically fit Without Just Cause,
Reason, or Due process.

The Afore Stated Defendants have
Created, Custom, practice, policy or
Procedure Allowing for unsafe food
handling.
Inmate kitchen Worker and food handlers
are not Checked for Hepatitis or other
Contagious diseases befor being around food

The kitchen is dirty, nasty, and roach
infested as stated by witnesses through
deposition.
The food being served to detainees
often sits out on a flat cart for
periods exceeding 30 min. food is
To be kept in A warmer /ar/ Cooler
Until Served per Safefood handling
and Health Dept Regulations.
Often these Trays and Cups filled
With tea, Juice, Ovaltene, etc are
left uncovered. This is proven by
Security Video and Witness ansers
To Deposition Questions.

This poses A Significant risk of
Contagions in the food Thereby Substantially
increasing the plaintiffs risk of harm
Through the defendants Acts of Omission
Creating known Risk of Harm that
is Deliberately ignored.

The Afore Named Defendants have
implemented A kiosk "Connect info Link"
To be utilized for Commissary, Fresh
Favorite and phone Time purchases.

This kiosk is also used for Grievances,
Request, Medical Request, pin #
Changes.
The location, Set up, and design of the
Kiosk is subject to theft of pin #'s
Theft of phone time, Violations of
Hipps and physician client Confidentiality.

The kiosk is A violation of the
Plaintiffs privacy Rights due to the
Ability of W.C.D.C Staff Being able to
open and read various items on the
klosk at will.

The kiosk Also creates A violation of
The 1st Amendments Redress of Grievance
Clause, because only 4 items are allowed
to be open at one time. Staff often
fail to answer Grievances, Request, Medical.
etc for days even weeks at A time
for the Same above fact the plaintiffs
6th and 14th Amendment
This is because prior to Court action
A Grievance must be Filed and
The actions of the defendants

Through the placement and use of the
kiosk denied the plaintiff the ability
to file grievances, medical, etc.

Numerous detainees have been subject to
Theft and physical violence due to
The placement of the kiosk in the
Dayroom areas of the detention Center,
This creates A privacy issue
Especially when the kiosk is the
Only means of discreation in the
Contact of W.C.D.C. Staff because
There are no intercoms in the
Cells.
The privacy violation of the kiosk
as well as the failure to have intercoms
in the Cells is A violation of known
Risk of harm.
Sheriff Helder, Major Denzer, Lt foster
Lt. Reeser, Sgt. fuller, Sgt. Ake., Sgt. Arnold,
Sgt. Morse, Sgt. Gardner, Sgt. Stanton and
Cpl. Mulvaney.

Have created A Custom, practice, policy,
And procedure that has infringed upon
The plaintiffs 1st, 6th, 7th, and 14th

Constitutional amendment rights.

The Defendants have knowledge of and
have taken personal actional through their
Answering of Grievances and denial of
Basic Constitutional Rights.

These defendants refuse to have A
Law library, Legal paging system.
The defendants refuse to give paper
for legal Writing and often times
Refuse Legal envelopes When A detainee
has money. But fail to offer
A means by which A detainee
Can mail legal documents using
Personal funds for motions/Complaints
Exceeding the weight limit.
Of A pre-stamped envelope
This Causes an inability to post
Legal documents and motions.

Sgt Ake has personally stated that
No other paper would be given
To the plaintiff even though he is
Indigent. The plaintiff has been
Limited to 8 sheets of paper

These are to be used for either
Writing loved ones & Family
Or Contacting the Courts.

~~These were also being used concerning~~
legal matters in Various Courts
State Vs. Avery prose Divorce Washington Co.
Johnston Vs. Cashion etal Eastern District ARk.
Avery U.S. Heller etal Western District ARk.
The plaintiff has made numerous
Request for law library access or
to be provided a paging system through
Which to obtain material on Divorce
Law. The injury done is that the plaintiff
Has failed to properly defend against
The divorce filed against him.
As A result the plaintiff has lost items
And money due him Through the
~~misconduct of the defendants.~~
The refusal to give the plaintiff
paper for legal use thus Making
The plaintiff Choose to either
file motions and pleading or Contact
family - loved ones this Violates
The plaintiffs 1st, 6th, 7th, and 14th
Const. Amend. Rights.

(From another case pending)

Furthermore the Defendants refuse
To deliver mail on Saturday.
This delays both incoming and out
going mail and interfers with time
Sensitive materials.
The grievance, request, Medical, request
procedure is flawed, Subject to manipulation
Violation of privacy rights, Hippa Violations
And an infringement upon Due process,
And access to the Courts.

There is no Hard Copy-paper copy given,
No Staff member recieves or signs for
The grievances or requests. This
denies the plaintiff an element of
Due process. The grievance appeal
goes no higher than Lt. Foster or
Reeser this also dewies Due process
as well as access to the Courts.

The kiosk only allows for (3) open
request, medical request, Grievance, or
other. This causes an undue delay in
filing grievances Creating an unfair
advantage to the defendants also
At issue is the fact that since no

Intercoms are in the cells the kiosk
is the only means of discreat Communication
between detaines and W.C.D.C Staff

Often grievances, and, requests are
left open for days and weeks
without resolution, causing delay in
bringing issues to W.C.D.C Staff or
being able to request medical Services.

Coupled with the grievance procedure,
kiosk, refusal to give legal envelopes,
legal paper as well as the constant
remarks from WCDC Staff about
The plaintiffs "lawsuit" and the
Complaints of other plaintiffs the
WCDC defendants have knowingly
placed to "Chilling effect" upon
The plaintiffs ability to file grievances
and access the courts.
The Washington County defendants have
Created numerous risk of Harm.

This known risk of harm includes
The following:

The plaintiff is forced to live in b
Cell from 8pm until 5am that does
not have an intercom.
No intercom means there is no way

To notify staff in case of emergency
Medical or otherwise,
Detainee Wolf of Madison County
Comitted Suicide in a Cell without
an intercom. This death could have
been prevented with an intercom
in the Cells.
The Classification system used by
The Washington County Defendants has
resulted in the plaintiff being housed
and Classified as a High risk or violent
Offender. The plaintiff is non-violent
parole violater with non-violent
Charges has been forced to live
in the most violent Cell block in
the W.C.D.C. the plaintiff has been
involved in 3 violent Altercations
with physical injury to himself,
Also Suffering mental anguish and emotional
Trauma.
S/Block is historically proven to be
an extremely violent gang Controlled
Cell block

The WCDC defendants have created
A known risk of harm. This is
the slip/fall hazzard posed by the
Non-slip or Skid Strip being removed
from the stairs and the failure to
paint the steps caution yellow or orange.
This issue has been raised and
not resolved or fixed.
The Cell block is mopped without
Wetfloor Signs being used.
The Shower oversprays onto/into the
Walk way of the Cell block. Creating
A known risk of harm that the
Defendants are deliberately indifferent
to, even though floor deputy Jennings
Slid and almost fell in the overspray
On 8/23/2016 @ 4:00 pm in S/block.
Santiago Gutierrez fell in the
Overspray on or about August 5th 2016
The plaintiff Slipped in the overspray
resulting in an injury to his lower
back.

The defendants of WCDC etal
have knowingly violated the privacy
rights of detainees and visitors

Alike. Conversations are overheard
and visitors are watched, Sexually
Stalked, hit upon etc.
The placement of the Visitation
Screens in the day rooms has created
A known risk of harm as well as
The violation of privacy.
The visitation screens are viewable
from the Bathroom/shower area of
the Cell block. This creates the potential
for sexual deviant behavior, which
has taken place in S/block, A detainee
was masterbating while watching A
Visitor. This is an undue defendant
Created risk of harm through the
placement of the visitation screen in -
an area subject to the viewing of
all detainees in the Cell block.

The defendants of Holder etal
WCDC defendants have denied the.
plaintiff the 1st Amend protected right
to recieve newspapers, Magazines, As well
as access to local + State news media.
The plaintiff as well as deposed
Witnessess testify that the Satelite

Radio does not provide local or State
news and as to result the plaintiff
has no information of current
affairs this denial of his 1st Amend
Right has caused mental anguish.
Emotional trauma, Depression, and
Anxiety.
The transport Vans used by
Washington County S.O. are both
State/County/City created known risk of harm.
These Vans are nothing but "Dog Boxes"
of Steel Cages inside of Windowless
Steel sided Vans. These Steel boxes
are pad locked. The van doors are locked
Creating an extreme risk to the
lives of plaintiff and others
Being transported.
There is no escape plan, Rescue plan,
or any option for the rescue of help
of a detainee unfortunate enough
to be to victim of an accident.
Being legironed and belly chained
inside of these steel boxes is an
added risk of harm Due to the
exposed steel & the inability to
keep from being slung into the steel etc.

The plaintiff has suffered bruises, cuts,
and pain. Mental anguish, emotional trauma
because of being transported in these
dangerous vans.

18

# Conclusion

The purpose of the Amended complaint is to respond to A Court order naming defendants. To clarify issues, and other.

All defendants are named in their individual and professional capacities.

A demand for Jury trial is made.

A request for all Just and proper relief is humbly requested.

Compensatory and punitive damages are sought.

Respectfully Submitted

#████████   Justin Lee Torres
□ pro SE      #235983
1155 Clydesdale Dr.
Fayetteville, AR. 72701
September 5, 2016

Complaint                                                              11-17-16

. . . I was denied proper medical attention
from coming off Methamphetamine. I was left
with insufficient food and nutrients. left on
cold metal bunk while I was coming down and
off this drug. I was suppose to be given the
proper treatment.

My amendmets were broken by having my
visitation in the day room. That is invasion
of my privacy. As the same time in plein
view of the showers. Where perverts and
pedafiles, masterbating to my visitors.

Aramark is braking trademark law
by giving us cold fresh favorites. Charging tax
for the fresh favorites. I-care as well
I was charged $10-20 each time I ordered.
I would never get my order on time. They
would never give me what I ordered it was
always substituted.

I would like copys of all paperwork sent.

Complaint                                        11-17-16

On 9/12/2016 I was taken out to booking
to talk to my bondsman. I was left in that
small cubicle after my bondsman left far
more than needed to. I am claustrophobic
and the walls were closing in on me. I had
shortness of breath and I was having an
anxiety attack. So I took off my shirt to help
me breath. I started banging on the door for
help. Guards would pass by yet would not give
me the proper medical attention I needed.
Right before I blacked out they opened the
door to take me back to my pod. I was told
by rank that I was granted a phone call.
Since, there had a problem with communication
down the rank of command. I am telling them
this at the same time recovering from an
anxiety attack from being left in the cubicle
longer than needed. They forcefully tried to move
me to the door. I screamed "Don't f!#* tuch me"
I felt light headed is the reason I didn't wan
to be tuched. I started resisting arrest cause
me being held or confined at the moment was
un-bearable. I felt like they were taking my breath
from me. With there more than needed forceful

I was mentally, physically, emotionally
spiritually scarred from my assault. I
use to look up to law enforcement. Now
when I see one of their uniforms. I have
flash backs from that brutal day.

were 6 gaurds by this time. Officer
hill bent down and punched me in my
face. He had no reason to do so, they
had the situation under control. They
had 4-6 gaurds after all. The second
he punched me in my face, I told why
did you punch me. Footage of this
incident #1602603 will show the over
excesive force. They over excessivly
took me to my pod. On the way I
was pushed against walls. Down the
hall going to A side. They tried ramming
me to the wall head first. I put my foot
in the way to brake the hit. I tried to
see medical cause I could bearly breath.
By the time I saw medical days later
it was confirmed I had cracked ribs. I
was never given no wrap for my ribs or
the proper medical attention. All I was
given was aleve. I couldn't eat for
days from how sore my mouth and
jaw was from the hit Mr. Hill gave
me. I was not given proper medical
attention for this incident and not
only was I wrongfully assaulted. I was
excessivly restrained and beaten by W.C.D.C. staff.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

# AMENDED COMPLAINT

AUG 1 - 2018

DOUGLAS F. YOUNG, Clerk          7/30/18

By _____

Deputy Clerk

All named Defendants are all named
in seperate paper. I originaly filed
this law suit in 2016. Now in 2018
W.C.D.C continue to brake my 1st,
6th, 7th, 8th, 14th amendments. All
Stated individualy on seperate paper.
Incident # 1602603 will show Mr. Hill
(W.C.D.C staff) assaulting me on my face,
while I had my hands behind my back.
I have since then been denied proper
medical attention, to my anxiety attacks
and cracked ribs. I have satisfied the
P.L.R.A 42 USC 1997 e requirement of
filing grievances. I have endured mental
anguish, emotional trauma. With prejudice
and racist treatment. Dis-regarded by
rank for my persistent attempts to
change there wrong doings. Health Dept.
regulations are still not met. Every reg-
ulation broken are stated on ~~a~~
seperate paper. Security video will prove
these acusations are true. They have
failed to meet regulations with non-

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Customary Deny Acces to the
cards law library, inadequate food
exposure to known risk of harm
excessive force etc.

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

**VII.    Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X   Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

install a law library
Correct the Diet
Correct the Saftey issues
in the W.C.D.C
and other issues.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 21 day of July 20 18.

Justin Lee Torres
**Printed Name of Plaintiff**

**Signature of Plaintiff**

-7-

Justin lee Torres,
2000703/2CR.3
604 E. Harrison
Brownsville Tx.
78520

Received WD/AR

OCT 2 8 2020

U.S. Clerk's Office

FOREVER / USA
FOREVER / USA
FOREVER / USA

United States District Court
Office of the clerk
35 E. Mountain, Room 510
Fayetteville, Arkansas
72701